No. 96–6457.  MARTINI *v.* NEW JERSEY ET AL.  Sup. Ct. N. J. Certiorari denied.

No. 96–6459.  CURIALE *v.* LOWERY, GOVERNOR OF WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6460.  QUATE *v.* OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 96–6461.  REDD *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 96–6463.  RICHARDSON *v.* QUILL.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 96–6468.  ELINE *v.* FRANK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6470.  AYER *v.* UNITED STATES ET AL.  C. A. 5th Cir. Certiorari denied.

No. 96–6480.  DUTCHER *v.* MOREO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6484.  SHOWN *v.* SPEARS, WARDEN, ET AL.  Sup. Ct. Okla.  Certiorari denied.

No. 96–6485.  REAPE *v.* NEW YORK DAILY NEWS.  C. A. 2d Cir.  Certiorari denied.

No. 96–6493.  HOUGHTELING *v.* HOUGHTELING.  Sup. Ct. Mich. Certiorari denied.

No. 96–6499.  JAIME AVENA *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 96–6500.  IBRAHIM *v.* ROACH ET AL.  Ct. App. D. C.  Certiorari denied.

No. 96–6502.  HARRIS *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6504.  STOIANOFF *v.* TRW, INC., ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.